# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12361

_____

RAFAEL GOMEZ,

                                                               Plaintiff-Appellant,

*versus*

UNIVERSITY OF MIAMI,

                                                               Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-20993-MD

_____

ORDER:

| 2 | Order of the Court | 24-12361 |

The Appellant's motion for an extension of time to file his corrected Appendix is GRANTED. The Appellant's corrected appendix is due on or before February 24, 2025.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE